UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERMAIN DELESTON,           :

       Plaintiff,           :

   -against-           :

CORE ORGANIC INC d/b/a PLEROMA, AND   :
SLG 220 NEWS LESSEE LLC,
       Defendants.           :
------------------------------------------------------------X

**ORDER**

19-CV-5099 (PGG)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the telephonic status conference scheduled previously in the above-captioned action for February 10, 2020, shall be held on February 13, 2020, at 5:00 p.m. Counsel to the parties shall call (888) 557-8511, and, thereafter, enter access code 4862532.

Dated: New York, New York
       January 8, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE